Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: (702) 222-2539
Fax: (702) 669-4650
Email: jgwent@hollandhart.com
       srgambee@hollandhart.com

*Attorneys For Plaintiff*
*Chemical Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHEMICAL BANK, a Michigan state-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>STAR DEVELOPMENT & HOLDING, LLC, a Nevada limited liability company; MICHAEL R. WILSON, an individual; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.  2:16-cv-01523-MMD-PAL<br><br>**INTERIM STATUS REPORT** |

Pursuant to Local Rule 26-3 and this Court's Order, Plaintiff Chemical Bank ("Chemical" or "Plaintiff"), by and through its counsel of record Holland & Hart LLP, and Defendants Star Development & Holding, LLC ("Star Development") and Michael R. Wilson ("Wilson," collectively, "Defendants"), by and through their counsel of record Cohen Johnson Parker Edwards, hereby submit the following Joint Interim Status Report:

**TIME NECESSARY FOR TRIAL**

The parties estimate that the trial of this matter will take one to two (1-2) days.

**TRIAL DATES**

The parties are available for trial on the following dates:

1.  February 12, 2018.

2.  February 13, 2018.

10038935_1

3. February 14, 2018.

**SUBSTANTIVE MOTIONS**

The parties intend to file motions for summary judgment, and the current deadline for dispositive motions is October 24, 2017. The parties believe that their motions for summary judgment will eliminate issues for trial or eliminate the need for a trial altogether.

The parties considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, use of the Short Trial Program (General Order 2013-01), and the use of alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation.

DATED July 26, 2017.

/s/ Sydney R. Gambee, Esq.

Joseph G. Went, Esq. (SBN 9220)
Sydney R. Gambee, Esq. (SBN 14201)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Chemical Bank*

/s/ H. Stan Johnson, Esq.

H. Stan Johnson, Esq. (SBN 0265)
COHEN JOHNSON PARKER EDWARDS
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119

*Attorneys for Defendants Star Development & Holding, LLC and Michael R. Wilson*