Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2539
Fax: (702) 669-4650
Email: jgwent@hollandhart.com
       srgambee@hollandhart.com

*Attorneys For Plaintiff
Chemical Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHEMICAL BANK, a Michigan state-chartered bank,<br><br>        Plaintiff,<br><br>v.<br><br>STAR DEVELOPMENT & HOLDING, LLC, a Nevada limited liability company; MICHAEL R. WILSON, an individual; and DOES 1 through 10, inclusive;<br><br>        Defendants. | Case No. 2:16-cv-01523-MMD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## STIPULATION

Plaintiff Chemical Bank and Defendants Star Development & Holding, LLC and Michael R. Wilson hereby stipulate and agree that this action shall be dismissed with prejudice. Each party shall bear its/his own attorneys' fees and costs of suit.

DATED THIS 22nd day of January, 2018.          DATED THIS 22nd day of January, 2018.

/s/ Sydney R. Gambee, Esq.                     /s/ Charles E. Barnabi Jr., Esq.

Joseph G. Went, Esq. (SBN 9220)                H. Stan Johnson, Esq. (SBN 0265)
Sydney R. Gambee, Esq. (SBN 14201)             Charles E. Barnabi Jr., Esq. (SBN 14477)
HOLLAND & HART LLP                             COHEN JOHNSON PARKER EDWARDS
9555 Hillwood Drive, 2nd Floor                 255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89134                        Las Vegas, Nevada 89119

*Attorneys for Plaintiff*                       *Attorneys for Defendants Star Development &*
*Chemical Bank*                                 *Holding, LLC and Michael R. Wilson*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 25, 2018